DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. LARRY S. FORRESTER, Defendant.

## DECISION

No. DC-83-159

The application of the above-named defendant for a review of the sentence of 5 years imposed on July 7, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

In light of the Defendant's previous record, this Board finds that the sentence imposed was appropriate.

We wish to thank Lorri Schneider of the Montana Defender Project for her assistance to the Defendant and to this Court.

DATED this 6th day of January, 1984.

## SENTENCE REVIEW DIVISION

Joseph B. Gary, Mark P. Sullivan, John S. Henson

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. BLAINE V. LOPEZ, Defendant.

## DECISION

No. DC-83-136

The application of the above-named defendant for a review of the sentence of 10 years with 4 years suspended on each of four counts; all concurrently imposed on September 13, 1983, was fully heard and after a careful consideration of the entire matter it is decided that:
the sentence shall remain the same as originally imposed.

Pursuant to the Plea Bargain Agreement and considering all the facts of the case, the sentence imposed seems reasonable.

We wish to thank the defendant, Blaine V. Lopez, for defending himself.
DATED this 6th day of January, 1984.